Opinion issued July 14, 2009.

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00626-CV






IN RE JOHN PATRICK FORWARD, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, John Patrick Forward, seeks relief
compelling the trial court to provide him with an appellate record free of charge. 
 


We deny the petition for writ of mandamus. 


Per Curiam 


Panel consists of Justices Jennings, Alcala, and Higley. 
1. The underlying case is John Patrick Forward v. Texas Board of Pardons and
Paroles, Cause No. 2007-16986, in the 80th Judicial District Court of Harris
County, Texas, the Hon. Larry Weiman, presiding.